No. 90–248. SAN FRANCISCO FIRE FIGHTERS LOCAL 798, INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, AFL–CIO *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–254. ALABAMA DEPARTMENT OF REVENUE *v.* PILOT PETROLEUM CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–258. WESLO, INC. *v.* DIVERSIFIED PRODUCTS CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 90–262. SIMS *v.* MULCAHY. C. A. 7th Cir. Certiorari denied.

No. 90–266. BRAILEY *v.* ALDERMAN. C. A. 7th Cir. Certiorari denied.

No. 90–268. SHEDBALKAR *v.* SHEDBALKAR. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–269. LUNDE *v.* HELMS ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–274. TEAMSTERS LOCAL UNION NO. 776 *v.* RITE AID CORP. C. A. 3d Cir. Certiorari denied.

No. 90–275. FRANCO *v.* AMERICAN GAS ASSOCIATION LABORATORIES ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–276. COSGROVE *v.* KANSAS STATE DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES. Ct. App. Kan. Certiorari denied.

No. 90–277. WRENN *v.* MCFADDEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–278. STRONG *v.* BOARD OF EDUCATION OF UNIONDALE UNION FREE SCHOOL DISTRICT ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–279. MCCOWAN ET UX. *v.* SEARS, ROEBUCK & CO. ET AL. C. A. 2d Cir. Certiorari denied.